B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**The Lone Star Scrapbook Co. Inc** | Name of Joint Debtor (Spouse)  (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):   **76-0697967** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |

| Street Address of Debtor (No. and Street, City, and State):<br>**27842 I-45 N**<br>**Conroe, TX** | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| ZIP CODE **77385** | ZIP CODE |

| County of Residence or of the Principal Place of Business:<br>**Montgomery** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br>**33203 Thousand Oaks Blvd**<br>**Magnolia, TX** | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| ZIP CODE **77354** | ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):

ZIP CODE

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed**   (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee**  (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300  *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2011 (Build 9.0.80.3, ID 3574760951)*

B1 (Official Form 1) (4/10) — Page 2

# Voluntary Petition
*(This page must be completed and filed in every case.)*

Name of Debtor(s): **The Lone Star Scrapbook Co. Inc**

## All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

## Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> **X** _____ <br> Date |

## Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

## Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

## Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

## Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/10)                                                                                                           Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):  **The Lone Star Scrapbook Co. Inc**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

**Signature of Attorney***

X  **/s/ Julie M. Koenig**

 **Julie M. Koenig**                              Bar No. **14217300**
    jkoenig@towkoenig.com

**Tow & Koenig PLLC**
**26219 Oak Ridge Drive**
**The Woodlands, TX 77380**

Phone No.**(281) 681-9100**          Fax No.**(832) 482-3979**

2/23/2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**The Lone Star Scrapbook Co. Inc**

X  **/s/ Roger Wellens**
Signature of Authorized Individual

 **Roger Wellens**
Printed Name of Authorized Individual

**Owner**
Title of Authorized Individual

**2/23/2011**
Date

_____
Address

X_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

B6A (Official Form 6A) (12/07)

In re  **The Lone Star Scrapbook Co. Inc**                                      Case No. _____
                                                                                                (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |
| | | Total: | $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **The Lone Star Scrapbook Co. Inc**                                    Case No. _____
                                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Bank<br>Business Checking Acct# 3464<br><br>Chase Bank<br>Savings Acct# 1609 | $51,731.62<br><br><br>$100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities.  Itemize and name each issuer. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **The Lone Star Scrapbook Co. Inc**          Case No. _____
                                                       (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | | John Cooper | $203.18 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **The Lone Star Scrapbook Co. Inc**                             Case No. _____

                                                                                        (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **The Lone Star Scrapbook Co. Inc**                    Case No. _____
                                                                         (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | Microwave | $5.00 |
| | | Refrigerator | $5.00 |
| | | 2 2 Draw File Cabinets | $100.00 |
| | | Large 6' Cabinet | $20.00 |
| | | Metal Book Shelf | $5.00 |
| | | 2 Desk | $40.00 |
| | | Time Clock and Rack | $20.00 |
| | | 4 Drawer File Cabinet | $100.00 |
| | | Computer | $5.00 |
| | | Numerous Acrylic Racks | $200.00 |
| | | Hero Arts Display | $20.00 |
| | | Bazill Brad Display | $20.00 |
| | | 300 Acrylic 12x12 Trays | $600.00 |
| | | 5 Wire Base for Trays | $50.00 |
| | | Several Grid Panels | $200.00 |
| | | Kids Videos and Toys | $20.00 |
| | | Shipping Scale | $10.00 |
| | | 4 Spinner Displays | $100.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **The Lone Star Scrapbook Co. Inc**                    Case No. _____

                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | 60 Acrylic 8-1/2-11 Trays | $60.00 |
| | | 2 Sets of 12 Baskets each | $50.00 |
| | | Cash Wrap For Registers | $500.00 |
| | | 2 POS Computer/Peripherals | $50.00 |
| | | 1000+ Sticker Ribbon Wire Baskets | $2,000.00 |
| | | 1000 Grid & Slat Hooks | $500.00 |
| | | 8 Picture Frames 22x24 | $160.00 |
| | | 2 Office Desks | $100.00 |
| | | 2 Computers & peripherals | $50.00 |
| | | 2 Printers | $20.00 |
| | | 2 Racks with 3 Spinners each | $80.00 |
| | | Slat Display | $20.00 |
| | | 21 Gondola Racks | $2,495.00 |
| | | Accucut Dies 235 Small, 12 Medium | $3,825.00 |
| | | 5 Storage Racks | $125.00 |
| | | 12 Picture Frames 20x24 | $120.00 |
| | | Numerous Waste Bins | $25.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **The Lone Star Scrapbook Co. Inc**                Case No. _____
                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Computer System/Registers/Software | $0.00 |
| | | Laptop-broken | $0.00 |
| | | File Servers | $0.00 |
| | | XPro Software Upgrade | $0.00 |
| | | Neobox-old computer | $0.00 |
| | | POS Software | $0.00 |
| | | Camera-broken | $0.00 |
| | | eVision software | $0.00 |
| | | Adobe Dreamweaver Software | $0.00 |
| | | 11 Display Boards in frames | $0.00 |
| | | Easel- broken | $0.00 |
| | | 3 Display Systems | $0.00 |
| 30. Inventory. | | See Inventory List | $25,077.07 |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **The Lone Star Scrapbook Co. Inc**                    Case No. _____
                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | |

                                          _____6_____ continuation sheets attached   **Total  >**   $88,811.87
                 (Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **The Lone Star Scrapbook Co. Inc**                                  Case No. _____
                                                                                                (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                          $146,450.*

☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | $0.00 | $0.00 |

B6D (Official Form 6D) (12/07)

In re  **The Lone Star Scrapbook Co. Inc**                     Case No. _____

                                                                                (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: **xx9532**<br><br>**Avaya Financial Services**<br>**PO Box 465**<br>**Livingston, NJ 07039** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Lease**<br>COLLATERAL:<br>**Telephone System**<br>REMARKS:<br><br>VALUE:                    **$0.00** | | | | **$110.92** | **$110.92** |
| ACCT #: **xxxxxxxxx3800**<br><br>**CHASE**<br>**P.O. BOX 78039**<br>**PHOENIX, AZ 85062-8039** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Line of Credit**<br>COLLATERAL:<br><br>REMARKS:<br>**Personal Guarantee**<br><br>VALUE:                    **$0.00** | | | | **$96,613.07** | **$96,613.07** |
| ACCT #: **xxxx-xx4953**<br><br>**CSHV Woodlands, LP**<br>**c/o Heitman Capital Mgmt LLC**<br>**Lockbox 730006**<br>**Dallas, TX 75373** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Rent**<br>COLLATERAL:<br>**Rental**<br>REMARKS:<br><br>VALUE:                    **$0.00** | | | | **$29,736.00** | **$29,736.00** |
| ACCT #:<br><br>**Datavox**<br>**2000 W Sam Houston Pkwy S. 9th Floor**<br>**Houston, TX 77042** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Telephone System**<br>COLLATERAL:<br>*<br>REMARKS:<br><br>VALUE:                    **$0.00** | | | | **Notice Only** | **Notice Only** |

|  | Subtotal (Total of this Page) > | **$126,459.99** | **$126,459.99** |
|---|---|---|---|
|  | Total (Use only on last page) > | **$126,459.99** | **$126,459.99** |

_____**No**_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

In re **The Lone Star Scrapbook Co. Inc**                          Case No. _____

                                                                                                            (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re  **The Lone Star Scrapbook Co. Inc**                              Case No. _____
                                                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Internal Revenue Service**<br>**1919 Smith St.**<br>**Stop 5022 HOU**<br>**Houston, TX 77002** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCT #:<br>**Internal Revenue Service**<br>**Insolvency Department**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCT #:<br>**Internal Revenue Service**<br>**STOP 6692 AUSC**<br>**Austin, TX 73301-0030** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCT #:<br>**TEXAS COMPTROLLER OF PUBLIC ACC**<br>**111 E. 17TH STREET**<br>**AUSTIN, TX 78774-0100**<br><br>**Attn:  Bankruptcy Dept** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | **$0.00** | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Total > | **$0.00** | | |

**(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)**

| | Totals > | | **$0.00** | **$0.00** |

**(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07)

In re  **The Lone Star Scrapbook Co. Inc**                    Case No. _____
                                                                          (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx3895**<br>**ADT SECURITY SERVICES**<br>**POB 650485**<br>**DALLAS, TX  75265-0485** | | DATE INCURRED:  **11/1/10**<br>CONSIDERATION:<br>**Alarm System**<br>REMARKS: | | | | $280.26 |
| ACCT #:  **xxx3852**<br>**American Crafts**<br>**476 N 1500 W**<br>**Orem, UT 84057** | | DATE INCURRED:<br>CONSIDERATION:<br>**Materials**<br>REMARKS: | | | | $5,115.84 |
| ACCT #:  **5838**<br>**ANW Crestwood**<br>**PO Box 8500-2200**<br>**Philadelphia, PA 19178-2220** | | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Materials**<br>REMARKS: | | | | $701.96 |
| ACCT #:  **xxxxxxxxx9520**<br>**AT&T**<br>**P.O. Box 5001**<br>**Carol Stream, IL 60197-5001** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $321.63 |
| ACCT #:  **xxxxx-x9135**<br>**BackupMyBusiness.com**<br>**307 E. Chapman Ave #8**<br>**Orange, CA 92866** | | DATE INCURRED:  **6/27/10**<br>CONSIDERATION:<br>**Computer Back Up Services**<br>REMARKS: | | | | $337.05 |
| ACCT #:  **xxx3591**<br>**Bazzill Basics Paper**<br>**7001 W. Erie St. Ste. 2**<br>**Chandler, AZ 85226-2536** | | DATE INCURRED:  **5/11/10**<br>CONSIDERATION:<br>**Materials**<br>REMARKS: | | | | $5,608.29 |

Subtotal >   $12,365.03

____**5**____ continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Lone Star Scrapbook Co. Inc**                          Case No. _____

                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxS001**<br>**Best Creation Inc**<br>**9917 Gidley St. #B**<br>**El Monte, CA 91731** | | DATE INCURRED:  **6/14/10**<br>CONSIDERATION:<br>**Materials**<br>REMARKS: | | | | $525.33 |
| ACCT #:<br>**Bo-Bunny Press, Inc**<br>**PO Box 69**<br>**Layton, UT 84041-0069** | | DATE INCURRED:  **10/5/10**<br>CONSIDERATION:<br>**Materials**<br>REMARKS: | | | | $308.95 |
| ACCT #:<br>**Carolees Creations/Adorn It**<br>**1350 West 500 North**<br>**Smithfield, UT 84335** | | DATE INCURRED:  **9/10**<br>CONSIDERATION:<br>**Materials**<br>REMARKS: | | | | $866.77 |
| ACCT #:  **x-xx-xxx70-01**<br>**City of Oak Ridge North**<br>**27424 Robinson Rd**<br>**Oak Ridge North, TX 77385-8957** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $31.90 |
| ACCT #:  **x-xx-xxx55-02**<br>**City of Oak Ridge North**<br>**27424 Robinson Rd**<br>**Oak Ridge North, TX 77385-8957** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $32.52 |
| ACCT #:  **xx8048**<br>**Clear Snap**<br>**15218 Josh Wilson Rd**<br>**Burlington, WA 98233** | | DATE INCURRED:  **10/11/10**<br>CONSIDERATION:<br>**Materials**<br>REMARKS: | | | | $295.92 |

Sheet no. _____**1**_____ of _____**5**_____ continuation sheets attached to           **Subtotal >**           $2,061.39

Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**

**(Use only on last page of the completed Schedule F.)**

**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Lone Star Scrapbook Co. Inc**                Case No. _____

(if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxx107-1**<br>**Creative Crafts Group**<br>**PO Box 29661-2026**<br>**Phoenix, AZ 85038-2026** | | DATE INCURRED:<br>CONSIDERATION:<br>**Materials**<br>REMARKS: | | | | $439.92 |
| ACCT #:  **x4822**<br>**Creative Imaginations**<br>**17832 Gothard St.**<br>**Huntington Beach, CA 92647-6217** | | DATE INCURRED:<br>CONSIDERATION:<br>**Materials**<br>REMARKS: | | | | $4,482.99 |
| ACCT #:<br>**Echo Park Paper Co., LLC**<br>**3575 North 100 East, Suite 150**<br>**Provo, UT 84604** | | DATE INCURRED:  **10/8/10**<br>CONSIDERATION:<br>**Materials**<br>REMARKS: | | | | $116.40 |
| ACCT #:  **xxx8273**<br>**Greenberg, Grant & Richards, Inc.**<br>**5858 Westheimer Rd., Suite 500**<br>**Houston, TX 77057** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -Making Memories Wholesale, Inc**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xx-xxx7144**<br>**Imaginisce**<br>**1837 South 4130 West #B**<br>**Salt Lake City, UT 84104** | | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Materials**<br>REMARKS: | | | | $935.81 |
| ACCT #:<br>**J&V Enterprises Inc**<br>**2009 East 6225 South**<br>**Ogden, Utah 84403** | | DATE INCURRED:  **9/10**<br>CONSIDERATION:<br>**Materials**<br>REMARKS: | | | | $1,038.29 |

Sheet no. _____**2**_____ of _____**5**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  | $7,013.41

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Lone Star Scrapbook Co. Inc**          Case No. _____
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx7738**<br>**Making Memories Wholesale, Inc**<br>**1168 W. 500 N.**<br>**Centerville, UT 84014** | | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Materials**<br>REMARKS: | | | | $1,358.59 |
| ACCT #:  **4716**<br>**My Mind's Eye**<br>**PO Box 1056**<br>**Bountiful, UT 84011** | | DATE INCURRED:  **10/7/10**<br>CONSIDERATION:<br>**Materials**<br>REMARKS: | | | | $857.60 |
| ACCT #:  **1924**<br>**Northridge Publishing**<br>**PO Box 1570**<br>**Orem, UT 84059-1570** | | DATE INCURRED:<br>CONSIDERATION:<br>**Materials**<br>REMARKS: | | | | $1,065.60 |
| ACCT #:  **x0773**<br>**Notions Marketing Corp**<br>**1500 Buchanan SW**<br>**Grand Rapids, MI 49507** | | DATE INCURRED:<br>CONSIDERATION:<br>**Materials**<br>REMARKS: | | | | $8,854.31 |
| ACCT #:  **xxN 025**<br>**Petaloo International AKA Regal**<br>**DBA Flora Studios, Inc**<br>**5312 Derry Ave, Suite H**<br>**Agoura Hills, CA 91301** | | DATE INCURRED:  **5/6/10**<br>CONSIDERATION:<br>**Materials**<br>REMARKS: | | | | $554.42 |
| ACCT #:  **1185**<br>**Quickutz/Lifestyle Crafts, Inc**<br>**7 South 1550 West Ste. 600**<br>**Lindon, UT 84042** | | DATE INCURRED:<br>CONSIDERATION:<br>**Materials**<br>REMARKS: | | | | $3,993.51 |

Sheet no. _____3_____ of _____5_____ continuation sheets attached to          **Subtotal >** | $16,684.03
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Lone Star Scrapbook Co. Inc**                                Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Ranger Industries, Inc**<br>**15 Park Road**<br>**Tinton Falls, NJ 07724** | | DATE INCURRED:  **5/25/10**<br>CONSIDERATION:<br>**Materials**<br>REMARKS: | | | | **$2,603.80** |
| ACCT #:<br>**Reminisce**<br>**70 Circle Drive**<br>**North Liberty, IA 52317** | | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Materials**<br>REMARKS: | | | | **$1,649.70** |
| ACCT #:<br>**Scott & Goldman**<br>**590 W. Crossville Rd, Suite 104**<br>**Roswell, GA 30075** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -Notions Marketing Corp**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Sports Solution, LLC**<br>**PO Box 2011**<br>**Broomfield, CO 80038-2011** | | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Materials**<br>REMARKS: | | | | **$666.99** |
| ACCT #:<br>**Stamping Station/Scrapbook Customs**<br>**PO Box 185**<br>**Kaysville, UT 84037-0185** | | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Materials**<br>REMARKS: | | | | **$2,970.08** |
| ACCT #:  **x6172**<br>**Telwest**<br>**PO Box 81553**<br>**Austin, TX 78708-8708** | | DATE INCURRED:<br>CONSIDERATION:<br>**Internet Access Service**<br>REMARKS: | | | | **$846.92** |

Sheet no. ____4____ of ____5____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** | **$8,737.49**

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Lone Star Scrapbook Co. Inc**                                  Case No. _____

                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **The Hartford** <br> **P.O. Box 2907** <br> **Hartford, CT 06104-2907** | | DATE INCURRED: <br> CONSIDERATION: <br> **Insurance** <br> REMARKS: | | | | **$1,416.50** |
| ACCT #: **xxxxx-xxxxxx9325** <br> **Transworld Systems Inc.** <br> **2235 Mercury Way** <br> **Suite 275** <br> **Santa Rosa, CA 95407** | | DATE INCURRED: <br> CONSIDERATION: <br> **Collecting for -Stamping Station** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: **x2209** <br> **Trends International, LLC** <br> **c/o HSBC** <br> **Box 347285** <br> **Pittsburgh, PA 15251-4285** | | DATE INCURRED: **9/29/10** <br> CONSIDERATION: <br> **Materials** <br> REMARKS: | | | | **$1,493.00** |
| ACCT #: **4363** <br> **We R Memory Keepers** <br> **PO Box 16509** <br> **Salt Lake City, UT 84116** | | DATE INCURRED: **4/10** <br> CONSIDERATION: <br> **Materials** <br> REMARKS: | | | | **$911.27** |
| | | | | | | |
| | | | | | | |

Sheet no. ____5____ of ____5____ continuation sheets attached to                                    **Subtotal >** | **$3,820.77**

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                            **Total >** | **$50,682.12**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **The Lone Star Scrapbook Co. Inc**                                    Case No. _____
                                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Avaya Financial Services** <br> PO Box 465 <br> Livingston, NJ 07039 | Lease of Telephone System <br> Contract to be REJECTED |
| **CSHV Woodlands, LP** <br> c/o Heitman Capital Mgmt LLC <br> Lockbox 730006 <br> Dallas, TX 75373 | Rental Lease <br><br> Contract to be REJECTED |

B6H (Official Form 6H) (12/07)

In re **The Lone Star Scrapbook Co. Inc**                              Case No. _____
                                                                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Maria Wellens**<br>33203 Thousand Oaks Blvd<br>Magnolia, TX 77354 | **CSHV Woodlands, LP**<br>c/o Heitman Capital Mgmt LLC<br>Lockbox 730006<br>Dallas, TX 75373 |
| **Maria Wellens**<br>33203 Thousand Oaks Blvd<br>Magnolia, TX 77354 | **CHASE**<br>P.O. BOX 78039<br>PHOENIX, AZ 85062-8039 |
| **Maria Wellens**<br>33203 Thousand Oaks Blvd<br>Magnolia, TX 77354 | **Avaya Financial Services**<br>PO Box 465<br>Livingston, NJ 07039 |
| **Roger Wellens**<br>33203 Thousand Oaks Blvd<br>Magnolia, TX 77354 | **CSHV Woodlands, LP**<br>c/o Heitman Capital Mgmt LLC<br>Lockbox 730006<br>Dallas, TX 75373 |
| **Roger Wellens**<br>33203 Thousand Oaks Blvd<br>Magnolia, TX 77354 | **CHASE**<br>P.O. BOX 78039<br>PHOENIX, AZ 85062-8039 |
| **Roger Wellens**<br>33203 Thousand Oaks Blvd<br>Magnolia, TX 77354 | **Avaya Financial Services**<br>PO Box 465<br>Livingston, NJ 07039 |

B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re  **The Lone Star Scrapbook Co. Inc**                    Case No.

                                                              Chapter        **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 7 | $88,811.87 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $126,459.99 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $50,682.12 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 19 | $88,811.87 | $177,142.11 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **The Lone Star Scrapbook Co. Inc**                                    Case No. _____

                                                                                                (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____***Owner***_____ of the _____**Corporation**_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____**21**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date **2/23/2011**_____                    Signature  **/s/ Roger Wellens**_____
                                                                        ***Roger Wellens***
                                                                        ***Owner***

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/10)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **The Lone Star Scrapbook Co. Inc**                              Case No. _____

                                                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

None
☐

### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,052,676.00** | **2008-Gross Receipts and Sales** |
| **$940,780** | **2009-Gross Receipts and Sales** |
| **$524,744.75** | **2010- Gross Receipts and Sales** |

---

None
☑

### 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☐

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Aubrey Yeager**<br>**10302 Chelshurst Way Ct**<br>**Spring, TX 77379** | **10/1/10,**<br>**10/8/10,**<br>**10/22/10,**<br>**11/5/10,**<br>**11/12/10,**<br>**11/26/10,**<br>**12/10/10,**<br>**12/22/10,**<br>**12/27/10** | **$2357.10** | **$0.00** |
| **Beth Simpson**<br>**22105 Moss Falls Ln**<br>**Spring, TX 77373** | **12/3/10** | **$775.49** | **$0.00** |
| **Carol Brown**<br>**2605 Hollow Oak Circle**<br>**Bryan,TX 77802** | **9/24/10,**<br>**10/15/10,**<br>**10/29/10,**<br>**11/12/10,**<br>**12/3/10,**<br>**12/17/10** | **$1,693.47** | **$0.00** |

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **The Lone Star Scrapbook Co. Inc**                          Case No. _____

                                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

| | | | |
|---|---|---|---|
| **CSHV Woodlands, LP**<br>**c/o Heitman Capital Mgmt LLC**<br>**Lockbox 730006**<br>**Dallas, TX 75373** | **10/1/10** | **$9,912.00** | **$29,736.00** |
| **Karen Foster Design, Inc**<br>**623 North 1250 West**<br>**Centerville, UT 84014-1357** | **10/1/10** | **$646.30** | |
| **Lynn D. Tiller**<br>**PO Box 2445**<br>**Canyon Lake, TX 78133-0011** | **9/27/10** | **$750.00** | |
| **Pine Cone**<br>**2964 Maui Place**<br>**Costa Mesa, CA 92629** | **10/19/10,**<br>**11/16/10,**<br>**11/17/10,**<br>**12/16/10** | **$658.05** | |
| **Quickutz/Lifestyle Crafts, Inc**<br>**7 South 1550 West Ste. 600**<br>**Lindon, UT 84042** | **9/24/10,**<br>**10/4/10,**<br>**10/20/10,10/25/**<br>**10** | **$890.98** | **$3,993.51** |
| **Telwest**<br>**PO Box 81553**<br>**Austin, TX 78708-8708** | **9/20/10,**<br>**10/24/10,**<br>**11/20/10** | **$1,254.53** | **$846.92** |
| **CHASE**<br>**P.O. BOX 78039**<br>**PHOENIX, AZ 85062-8039** | **10/18/10,**<br>**11/18/10,**<br>**12/7/10** | **$6,508.83** | **$95,969.90** |
| **AT&T**<br>**P.O. Box 5001**<br>**Carol Stream, IL 60197-5001** | **10/11/10,**<br>**11/10/10,**<br>**12/7/10** | **$872.23** | **$604.24** |
| **Entergy**<br>**PO Box 8104**<br>**Baton Rough, LA 70891-8104** | **10/11/10,**<br>**11/9/10, 12/8/10** | **$2,467.74** | |
| **United States Treasury**<br>**1500 Pennsylvania Ave., NW**<br>**Washington, DC 20220** | **10/15/10,**<br>**10/29/10,**<br>**11/15/10,**<br>**12/9/10** | **$3,325.03** | **$0.00** |
| **JR Moore JR. Tax Assessor/Collector**<br>**Montgomery County Tax Office**<br>**PO Box 4798**<br>**Conroe, TX 77301-2823** | **1/5/11** | **$5,686.81** | **$0.00** |
| **Internal Revenue Service**<br>**Insolvency Department**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** | **12/10** | **$989.23** | **$0.00** |

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

In re:   **The Lone Star Scrapbook Co. Inc**                        Case No. _____

                                                                                                   (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

| | | | |
|---|---|---|---|
| **Internal Revenue Service** | **12/10** | **$835.27** | **$0.00** |
| **Insolvency Department** | | | |
| **PO Box 21126** | | | |
| **Philadelphia, PA 19114** | | | |

None
☑ b. Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None
☑ c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☑ a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None
☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None
☑ a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None
☑ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **The Lone Star Scrapbook Co. Inc**                                    Case No. _____

                                                               (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**8. Losses**

None ☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Tow & Koenig, PLLC<br>26219 Oak Ridge Dr.<br>The Woodlands, TX  77380 | 12/17/2010 | $2,299.00 |

---

**10. Other transfers**

None ☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| The items were sold during the final days of the store operations prior to closing date 12/29/10. They did not collect information on individual items. | 12/10 | 4 Shopping Carts and 12 BasketsSony Picture Station, Surveillance System, Digital Recorder for Cameras, Tables, Chairs, Paper Trays, Fixtures, and Products $21,000.00 |

---

None ☑

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **The Lone Star Scrapbook Co. Inc**                    Case No. _____

                                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **The Lone Star Scrapbook Co. Inc**                 Case No.   _____

                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 5*

---

None ☐

### 18. Nature, location and name of business

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **The Lone Star Scrapbook Co., Inc**<br>**27842 I-45 North**<br>**Conroe, TX 77385**<br>**Tax ID 76-0697967** | **Retail Craft Store** | **9/27/02-12/29/10** |

---

None ☑

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

None ☐

### 19. Books, records and financial statements

a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Roger Wellens**<br>**33203 Thousand Oaks Blvd**<br>**Magnolia, TX 77354** | **2002-current** |

---

None ☐

b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Lynn Tiller, CPA**<br>**Mary Ann Reid, Associate**<br>**PO Box 2445**<br>**Canyon Lake, TX 78133** | **2004-current** |

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **The Lone Star Scrapbook Co. Inc**                                    Case No. _____

                                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

None
☐

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| Roger Wellens | 33203 Thousand Oaks Blvd |
| | Magnolia, TX 77354 |

---

None
☑

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

**20. Inventories**

None
☐

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|---------------------|---------------------------------------------------------------|
| 12/19/10 | | $73,805.13 |

---

None
☑

b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

**21. Current Partners, Officers, Directors and Shareholders**

None
☑

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☐

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|
| Roger Wellens & Maria Wellens (jointly) | | 100% |
| 33203 Thousand Oaks Blvd | | |
| Magnolia, TX 77354 | | |

---

**22. Former partners, officers, directors and shareholders**

None
☑

a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None
☑

b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None
☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **The Lone Star Scrapbook Co. Inc**                    Case No. _____

                                                                                                       (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

---

None
☑

**24. Tax Consolidation Group**

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

None
☑

**25. Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **2/23/2011**_____          Signature   **/s/ Roger Wellens**_____

                                                                                                       **Roger Wellens**
                                                                                                       **Owner**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **The Lone Star Scrapbook Co. Inc**                                    CASE NO

                                                                                                         CHAPTER   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept: | Fixed Fee: | **$2,000.00** |
| Prior to the filing of this statement I have received: | | **$2,000.00** |
| Balance Due: | | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor              ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor              ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **2/23/2011** | **/s/ Julie M. Koenig** |
| *Date* | *Julie M. Koenig*                                    Bar No.  14217300 |
| | Tow & Koenig PLLC |
| | 26219 Oak Ridge Drive |
| | The Woodlands, TX 77380 |
| | Phone: (281) 681-9100 / Fax: (832) 482-3979 |

---

**/s/ Roger Wellens**
*Roger Wellens*
*Owner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **The Lone Star Scrapbook Co. Inc**                              CASE NO

                                                                          CHAPTER     **7**

## VERIFICATION OF CREDITOR MATRIX

        The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date   2/23/2011                                         Signature   _/s/ Roger Wellens_
                                                                     *Roger Wellens*
                                                                     *Owner*


Date                                                     Signature



                                                              _/s/ Julie M. Koenig_
                                                         *Julie M. Koenig*
                                                         *14217300*
                                                         *Tow & Koenig PLLC*
                                                         *26219 Oak Ridge Drive*
                                                         *The Woodlands, TX 77380*
                                                         *(281) 681-9100*

ADT SECURITY SERVICES
POB 650485
DALLAS, TX  75265-0485


American Crafts
476 N 1500 W
Orem, UT 84057


ANW Crestwood
PO Box 8500-2200
Philadelphia, PA 19178-2220


AT&T
P.O. Box 5001
Carol Stream, IL 60197-5001


Avaya Financial Services
PO Box 465
Livingston, NJ 07039


BackupMyBusiness.com
307 E. Chapman Ave #8
Orange, CA 92866


Bazzill Basics Paper
7001 W. Erie St. Ste. 2
Chandler, AZ 85226-2536


Best Creation Inc
9917 Gidley St. #B
El Monte, CA 91731


Bo-Bunny Press, Inc
PO Box 69
Layton, UT 84041-0069

Carolees Creations/Adorn It
1350 West 500 North
Smithfield, UT 84335


CHASE
P.O. BOX 78039
PHOENIX, AZ 85062-8039


City of Oak Ridge North
27424 Robinson Rd
Oak Ridge North, TX 77385-8957


Clear Snap
15218 Josh Wilson Rd
Burlington, WA 98233


Creative Crafts Group
PO Box 29661-2026
Phoenix, AZ 85038-2026


Creative Imaginations
17832 Gothard St.
Huntington Beach, CA 92647-6217


CSHV Woodlands, LP
c/o Heitman Capital Mgmt LLC
Lockbox 730006
Dallas, TX 75373


Datavox
2000 W Sam Houston Pkwy S. 9th Floor
Houston, TX 77042


Echo Park Paper Co., LLC
3575 North 100 East, Suite 150
Provo, UT 84604

Greenberg, Grant & Richards, Inc.
5858 Westheimer Rd., Suite 500
Houston, TX 77057


Imaginisce
1837 South 4130 West #B
Salt Lake City, UT 84104


Internal Revenue Service
1919 Smith St.
Stop 5022 HOU
Houston, TX 77002


Internal Revenue Service
Insolvency Department
PO Box 21126
Philadelphia, PA 19114


Internal Revenue Service
STOP 6692 AUSC
Austin, TX 73301-0030


J&V Enterprises Inc
2009 East 6225 South
Ogden, Utah 84403


Making Memories Wholesale, Inc
1168 W. 500 N.
Centerville, UT 84014


Maria Wellens
33203 Thousand Oaks Blvd
Magnolia, TX 77354


My Mind's Eye
PO Box 1056
Bountiful, UT 84011

Northridge Publishing
PO Box 1570
Orem, UT 84059-1570


Notions Marketing Corp
1500 Buchanan SW
Grand Rapids, MI 49507


Petaloo International AKA Regal
DBA Flora Studios, Inc
5312 Derry Ave, Suite H
Agoura Hills, CA 91301


Quickutz/Lifestyle Crafts, Inc
7 South 1550 West Ste. 600
Lindon, UT 84042


Ranger Industries, Inc
15 Park Road
Tinton Falls, NJ 07724


Reminisce
70 Circle Drive
North Liberty, IA 52317


Roger Wellens
33203 Thousand Oaks Blvd
Magnolia, TX 77354


Scott & Goldman
590 W. Crossville Rd, Suite 104
Roswell, GA 30075


Sports Solution, LLC
PO Box 2011
Broomfield, CO 80038-2011

Stamping Station/Scrapbook Customs
PO Box 185
Kaysville, UT 84037-0185


Telwest
PO Box 81553
Austin, TX 78708-8708


TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
111 E. 17TH STREET
AUSTIN, TX 78774-0100
Attn:  Bankruptcy Dept


The Hartford
P.O. Box 2907
Hartford, CT 06104-2907


Transworld Systems Inc.
2235 Mercury Way
Suite 275
Santa Rosa, CA 95407


Trends International, LLC
c/o HSBC
Box 347285
Pittsburgh, PA 15251-4285


United States Trustee
515 Rusk Avenue, Ste. 3516
Houston, TX  77002


We R Memory Keepers
PO Box 16509
Salt Lake City, UT 84116