

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/23/2015

| IN RE: | § | |
|---|---|---|
| | § | |
| THE LONESTAR SCRAPBOOK CO., | § | CASE NO. 11-31511-H2-7 |
| INC. | § | Chapter 7 |
| | § | |
| | § | MOTION TO PAY FUNDS INTO |
| | § | THE REGISTRY UNDER |
| | § | 11 U.S.C. §347(A) |
| DEBTOR(S) | § | |

## ORDER

CAME ON FOR CONSIDERATION, Trustee's Motion to Pay Funds into the Court Registry under 11 USC §347(a), and the Court, having considered the Motion, is of the opinion that the Motion is well taken and the Court further finding that notice of said Motion is not required, it is therefore,

ORDERED, that Randy W. Williams, Trustee is authorized to pay the funds in the amount of $20,544.04 now held by him in the above styled and numbered case, together with any accrued interest thereon, into the registry of the Court.

Dated: March 23, 2015

This order is signed for the Court by
the clerk under authority of 28 U.S.C.
§ 956 and General Order 2000-3.
DAVID J. BRADLEY, CLERK

_____
Deputy Clerk

32

502306 000009 14285609.1

EXHIBIT "A"

PLEASE CHECK ONE:

___ Small Dividends

_x_ Unclaimed Dividends

| Names and Address | Claim No. | Amount |
|---|---|---|
| THE LONESTAR SCRAPBOOK CO, INC.<br>33203 THOUSAND OAKS BLVD.<br>MAGNOLIA, TX 77354 | SURPLUS | $20,013.86 |
| BEST CREATION, INC.<br>9917 GIDLEY ST., #B<br>EL MONTE, CA 91731 | 6 | $530.18 |
| **Total** | | **$20,544.04** |

502306 000009 14285609.1