# Certificate of Service

Date:   3/4/2015

Re:   Application for Unclaimed Funds

Debtor: Excel Resources Inc.

Case:   97-044808

Claimant: Reclaim Lost Assets claiming $39,087.20 on behalf of Mobil Natural Gas.

Attention: Maria Rodriguez
           Case Manager

Enclosed please find copies of the proof of mailing of the above mentioned application to the:

US ATTORNEY
US TRUSTEE

Best regards,

Julie Kaye
www.reclaimlostassets.org
Tel: 760-828-7759

```
        The UPS Store - #2681
           3941 PARK DRIVE
              SUITE 20
       EL DORADO HILLS, CA 95762
            (916) 939-3632


         03/04/15  01:45 PM

   We are the one stop for all your
  shipping, postal and business needs.

   We offer all the services you need
     to keep your business going.
```

```
001 036001 (003)            t1 $   2.80
    8.5 X 11 Copies      QTY 28
    Reg Unit Price    $   0.10
002 000008 (022)            TO $   9.78
    Priority Mail
003 000008 (022)            TO $   9.78
    Priority Mail

                    SubTotal  $  22.36
                    tax (t1)  $   0.21
                       Total  $  22.57

                       Check  $  22.57

Receipt ID 832163781995338B8298 030 Items
CSH: Center         Tran: 3911 Reg: 001

    Thank you for visiting our store.
      Please come back again soon.

  Whatever your business and personal
     needs, we are here to serve you.

 US Postal Rates Are Subject to Surcharge

            We're here to help.
   Join our FREE email program to receive
         great offers and resources.

           www.theupsstore.com/signup
```

```
          THE UPS STORE #2681
             3941 PARK DR
        EL DORADO HILLS CA 95762
              916-939-3632

Terminal ID: 00790066             0001
-----------------------------------------
3/4/15                          1:52 PM

VISA
ACCT #: ************3133
CREDIT SALE
UID: 506325787084      REF #: 1286
BATCH #: 860        AUTH #: 256442

AMOUNT                          $22.57

              APPROVED

            CUSTOMER COPY
```

**Shipment Receipt:   Page #1 of 1**
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
WED, MAR 4, 2015

SHIPMENT INFORMATION:
USPS PRIORITY MAIL
0.15 LBS ACTUAL WT
LTR BILLED WEIGHT
CARRIER LETTER
DELIVERY CONFIRMATION

EXPECTED DELIVERY DATE:
FRI, MAR 6, 2015 EOD
SHIP FROM:
JULIE LYNN KAYE
PO BOX 235745
ENCINITAS CA 92023
(760) 828-7759

TRACKING NUMBER: 9405510200893563215786
SHIPMENT ID: MM09UAYN1SY60
SHIP REF 1: - -
SHIP REF 2: - -

SHIP TO:
U.S. TRUSTEE
515 RUSK AVE
STE 3516
HOUSTON TX 77002
RESIDENTIAL

DESCRIPTION OF GOODS:
DOC

SHIPMENT CHARGES:
PRIORITY MAIL         $9.58
SERVICE OPTIONS       $0.00
CHS PROCESSING FEE    $0.20

TOTAL                 $9.78

SHIPPED THROUGH:
THE UPS STORE #2681
EL DORADO HILLS, CA 95762-4577
(916) 939-3532

COMPLETE ONLINE TRACKING: ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK:
HTTP://WWW.UPSSTORE.COM (SELECT TRACKING; ENTER SHIPMENT ID #) SHIPMENT
QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.

The UPS Store

SHIPMENTID: MM09UAYN1SY60
Powered by iShip(r)
03/04/2015 01:59 PM Pacific Time N

---

**Shipment Receipt:   Page #1 of 1**
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
WED, MAR 4, 2015

SHIPMENT INFORMATION:
USPS PRIORITY MAIL
0.15 LBS ACTUAL WT
LTR BILLED WEIGHT
CARRIER LETTER
DELIVERY CONFIRMATION

EXPECTED DELIVERY DATE:
FRI, MAR 6, 2015 EOD
SHIP FROM:
JULIE LYNN KAYE
PO BOX 235745
ENCINITAS CA 92023
(760) 828-7759

TRACKING NUMBER: 9405510200893634573993
SHIPMENT ID: MM09UAY9C26MN
SHIP REF 1: - -
SHIP REF 2: - -

SHIP TO:
U.S. ATTORNEY
PO BOX 61129
HOUSTON TX 77208-1121
RESIDENTIAL

DESCRIPTION OF GOODS:
DOC

SHIPMENT CHARGES:
PRIORITY MAIL         $9.58
SERVICE OPTIONS       $0.00
CHS PROCESSING FEE    $0.20

TOTAL                 $9.78

SHIPPED THROUGH:
THE UPS STORE #2681
EL DORADO HILLS, CA 95762-4577
(916) 939-3532

COMPLETE ONLINE TRACKING: ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK:
HTTP://WWW.UPSSTORE.COM (SELECT TRACKING; ENTER SHIPMENT ID #) SHIPMENT
QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.

The UPS Store

SHIPMENTID: MM09UAY9C26MN
Powered by iShip(r)
03/04/2015 01:49 PM Pacific Time N



RECLAIM LOST ASSETS
C/O JULIE KANE
2230 VALLEY VIEW
EL DORADO HILLS CA

U.S. POSTAGE PAID
EL DORADO HILLS
95762
MAR 05, 15
AMOUNT $5.14
00103030-19

7014 3490 0000 2745 8619

US BANKRUPTCY COURT
515 RUSK AVENUE
HOUSTON, TX 77002
ATTN: MARIA RODRIGUEZ
CASE MANAGER

Courts of Texas
FILED MAR 11 2015
David J. Bradley, Clerk of Court